IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MACK S. SMITH,
        Petitioner,

v.                                     **Judgment in a Civil Case**

TRACY W. JOHNS,
        Respondent.                  Case Number: 5:11-HC-2117-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice to allow petitioner the opportunity to exhaust his administrative remedies .

This Judgment Filed and Entered on September 30, 2011, with service on:
Mack S. Smith 59923-019, LSCI - Butner, P.O. Box 999, Butner, NC 27509 (via U.S. Mail)

September 30, 2011                                     /s/ Dennis P. Iavarone
                                                                     Clerk